UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-393 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JOHN P. BARKER, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Mailing a Threatening Communication

<u>Date of Detention Hearing</u>: Initial appearance, September 8, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is charged by Complaint in the District of Kansas, 08-MJ-8088. He is alleged to have mailed an envelope containing white powder to the IRS in Austin Texas with the

following statement, "You Have Been Exposed to Antrax [sic] Die!". No evidence of Bacillus anthracis was found in a test of the white powder.

(2) Defendant was not interviewed by Pretrial Services. Minimal information is available about his history and residence, and no information about family, income, financial assets or liabilities. Some information indicating a history of mental health problems is available.

(3) The defendant poses a risk of nonappearance because he is alleged to have left the District of Kansas while under investigation for the current charges, as well as unverified or unknown background information. He poses a risk of danger due to the nature of the instant offense and possible mental health problems.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge